UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In the Matter of: USA COMMERCIAL MORTGAGE COMPANY. <br><br>_____<br><br>DONNA CANGELOSI; et al., <br><br>             Plaintiffs - Appellants, <br><br>  v. <br><br>SILAR ADVISORS, LP; et al., <br><br>             Defendants - Appellees, <br><br>WILLIAM A. LEONARD, Jr., Trustee for the Estate of Asset Resolution, LLC, <br><br>             Trustee - Appellee. | No. 09-15632 <br><br>D.C. No. 2:07-cv-00892-RCJ <br>District of Nevada, <br>Las Vegas |
| In the Matter of: USA COMMERCIAL MORTGAGE COMPANY, <br><br>             Debtor. <br><br>_____<br><br>3685 SAN FERNANDO LENDERS, LLC; et al., <br><br>             Plaintiffs - Appellees, <br><br>  v. | No. 09-16897 <br><br>D.C. Nos.   2:07-cv-00892-RCJ <br>                3:07-cv-00241-RCJ <br>                2:07-cv-00894-RCJ <br>                2:07-cv-01133-RCJ <br>                3:07-cv-01389-RCJ <br>District of Nevada, <br>Las Vegas |

CROSS EQUITIES PARTNERS, LLC; et al.,

Intervenors - Appellees,

v.

SILAR ADVISORS, LP; et al.,

Defendants - Appellants,

and

WILLIAM A. LEONARD, Jr., Trustee for the Estate of Asset Resolution LLC,

Trustee - Appellant,

v.

COMPASS FINANCIAL PARTNERS LLC; et al.,

Defendants - Appellees.

In the Matter of: USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

ROBERT J. KEHL; et al.,

Plaintiffs - Appellees,

v.

No. 09-17382

D.C. No. 2:07-cv-00892-RCJ
District of Nevada,
Las Vegas

-2-

ASSET RESOLUTION, LLC,

              Defendant - Appellant,

SILAR ADVISORS, LP; et al.,

              Defendants - Appellees.

---

In re: ASSET RESOLUTION, LLC.

ASSET RESOLUTION, LLC,

              Petitioner,

   v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

              Respondent,

ROBERT A. KEHL; et al.,

              Real Parties in Interest.

No. 09-73419

D.C. No. 2:07-cv-00892-RCJ
District of Nevada,
Las Vegas

---

In the Matter of: USA COMMERCIAL MORTGAGE COMPANY.

CERTAIN DIRECT LENDERS; et al.,

              Plaintiffs - Appellees,

No. 10-15253

D.C. No. 2:07-cv-00892-RCJ
District of Nevada,
Las Vegas

v.

DEBT ACQUISITION COMPANY OF
AMERICA, LLC; et al.,

Appellees,

ASSET RESOLUTION, LLC; et al.,

Defendants - Appellants,

UNITED STATES TRUSTEE,

Trustee - Appellee.

ASSET RESOLUTION, LLC; et al.,          No. 10-15496

Debtors - Appellants,                   D.C. No. BK-S-09-32824-RCJ
                                        District of Nevada,
v.                                      Las Vegas

DONNA CANGELOSI; et al.,

Respondents - Appellees,

and

WILLIAM A. LEONARD, Jr.,

Trustee - Appellee.

DUVAL & STACHENFELD, LLP,               No. 10-15497
former counsel to the Official Committee
of Unsecured Creditors in the above     D.C. No. BK-S-09-32824-RCJ

-4-

captioned Chapter 11 cases (the "Bankruptcy Cases") of Asset Resolution LLC and its affiliated debtors, as debtors in possession (collectively, the "Debtors"),

Appellant,

v.

ASSET RESOLUTION, LLC; et al.,

Debtors - Appellees,

DONNA CANGELOSI; et al.,

Respondents - Appellees,

and

WILLIAM A. LEONARD, Jr.,

Trustee - Appellee.

District of Nevada,
Las Vegas

---

ASSET RESOLUTION, LLC; et al.,

Debtors - Appellants,

v.

DONNA CANGELOSI; et al.,

Respondents - Appellees,

No. 10-15500

D.C. No. BK-S-09-32824-RCJ
District of Nevada,
Las Vegas

-5-

WILLIAM A. LEONARD, Jr.,

Trustee - Appellee.

SILAR ADVISORS, LP and SILAR
SPECIAL OPPORTUNITIES FUND, LP,

Debtors - Appellants,

v.

WILLIAM A. LEONARD, Jr.,

Trustee - Appellee.

No. 10-15735

D.C. No. BK-S-09-32824-RCJ
District of Nevada,
Las Vegas

ORDER

Before: GOODWIN and W. FLETCHER, Circuit Judges, and MILLS, Senior
District Judge.[*]

The court previously consolidated appeal No. 09-15632 with appeal Nos.

09-16897, 09-17382, 10-15253, 10-15496, 10-15497, 10-15500 and 10-15735.

The court further directed that petition No. 09-73419 be calendared with these

consolidated appeals.

Today the court issues its decision in appeal No. 09-15632 only.

Accordingly, appeal No. 09-15632 is severed from the remaining consolidated

appeals.  Appeal Nos. 09-16897, 09-17382, 10-15253, 10-15496, 10-15497, 10-

_____

[*]     The Honorable Richard Mills, Senior United States District Judge for
the Central District of Illinois, sitting by designation.

-6-

15500 and 10-15735 remain consolidated, and shall be calendared with petition No. 09-73419.

Briefing in the remaining consolidated appeals remains stayed pending disposition of the court's August 23, 2010 order directing new counsel for Appellants Asset Resolution, LLC to file a notice of appearance.